IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EDWARD WROTEN<br><br>v.<br><br>ASSOCIATES FOR WOMEN'S MEDICINE, et al. | CIVIL ACTION<br><br>NO. 15-2441 |
|---|---|

### ORDER

And NOW, this 9th day of September 2015, for the reasons stated in the foregoing memorandum, upon consideration of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (ECF 6), and Plaintiff's response thereto, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss is **GRANTED** because this Court lacks subject matter jurisdiction under 28 U.S.C. § 1331.

2. This case is remanded to the Chester County Court of Common Pleas.

3. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 15\15-2441 wroten v. assoc.women's\15cv2441.Order.MTD.09.09.15.docx